**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSALIN DENISE MARSHALL,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD L. KAPLUS, ESQ., et al.,<br><br>Defendants. | Civil Action No. 23-01022 (SDW) (CLW)<br><br>**WHEREAS OPINION**<br><br>February 23, 2023 |

**THIS MATTER** having come before this Court upon Plaintiff Rosalin Denise Marshall's ("Plaintiff") Complaint, (D.E. 1), filed on February 21, 2023, against Defendants Howard L. Kaplus, Esq.; Kaufman, Dolowich & Vouck, LLP; and Essex County Office of Surrogate (collectively "Defendants"); and

**WHEREAS** Plaintiff claims financial injury related to a 1989 real estate transaction that her brother and Defendant Kalpaus allegedly effectuated concerning property in Plaintiff's mother's estate. (D.E. 1 at 2–3.) This matter was previously adjudicated in Superior Court of New Jersey, Essex County, Law Division, and that court entered an order of dismissal with prejudice on January 31, 2023.[1] (*Id.* at 8–9, 12.) Plaintiff seeks to appeal the State court's dismissal of the matter by bringing the claim in this Court. (*Id.* at 8–9.); and

**WHEREAS** the *Rooker-Feldman* Doctrine provides that district courts do not have jurisdiction over "cases brought by state-court losers complaining of injuries caused by state-court

---

[1] *Marshall v. Kaplus*, No. ESX-L-003424-22.

judgments rendered before the district court proceedings commenced and inviting district court review and rejection of those judgments." *Vuyanich v. Smithton Borough*, F.4th 379, 384 (3d Cir. 2021) (quoting *Exxon Mobil Corp. v. Saudi Basic Indus. Corp.*, 544 U.S. 280, 284 (2005)). Here, this matter was already adjudicated in the New Jersey State Court, and an Order dismissing the Complaint for failure to state a claim was entered by that court on January 31, 2023. (D.E. 1 at 12.) Pursuant to the *Rooker-Feldman* Doctrine, this Court does not have jurisdiction to review the State Court's judgment; therefore

Plaintiff's Complaint is *sua sponte* **DISMISSED WITH PREJUDICE** for inability to establish jurisdiction. An appropriate order follows.

                                                                             /s/ Susan D. Wigenton
                                                     **United States District Judge**

Orig:   Clerk
cc:      Cathy L. Waldor, U.S.M.J.
          Parties